**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-20256

_____

In the Matter of: JOONG B. LEE,

Debtor,

JOONG B. LEE,

Appellee,

VERSUS

ROGER WU, doing business as Charter Auto,

Appellant.

_____

In the Matter of: JOONG B. LEE,

Debtor,

VERSUS

ROGER WU,

Appellant.

_____

In the Matter of: JOONG BAE LEE,

Debtor,

JOONG BAE LEE,

Appellee,

VERSUS

ROGER WU,

Appellant.

_____

Appeal from the United States District Court
For the Southern District of Texas
H-99-CV-738
February 12, 2001

Before REYNALDO G. GARZA, DAVIS and JONES, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5th Cir. Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.